```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 01797
   EMMA REED
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
        Debtor
   SSN XXX-XX-4110

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/02/2007 and was confirmed 06/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  97.00%.

     The case was dismissed after confirmation 10/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
WFS FINANCIAL              SECURED VEHIC        .00           .00            .00
WELLS FARGO BANK           CURRENT MORTG        .00           .00            .00
WELLS FARGO BANK           MORTGAGE ARRE   19910.01           .00        2774.40
CAPITAL ONE                UNSECURED         381.63           .00            .00
CAPITAL ONE                UNSECURED         592.14           .00            .00
CHASE                      UNSECURED       NOT FILED          .00            .00
DEPENDON COLLECTION SE     UNSECURED       NOT FILED          .00            .00
FISHER & SHAPIRO           NOTICE ONLY     NOT FILED          .00            .00
GE CONSUMER FINANCE        UNSECURED        1175.00           .00            .00
IC SYSTEMS                 UNSECURED       NOT FILED          .00            .00
M3 FINANCIAL SERVICES IN   UNSECURED       NOT FILED          .00            .00
METLIFE                    UNSECURED       NOT FILED          .00            .00
MRSI                       UNSECURED       NOT FILED          .00            .00
MRSI                       UNSECURED       NOT FILED          .00            .00
MRSI                       UNSECURED       NOT FILED          .00            .00
MRSI                       UNSECURED       NOT FILED          .00            .00
NISSAN FINANCING           UNSECURED       27424.73           .00            .00
PENTAGROUP                 UNSECURED       NOT FILED          .00            .00
CBUSA SEARS                UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         185.79           .00            .00
JAMES REED                 NOTICE ONLY     NOT FILED          .00            .00
RAGINA RODGERS             NOTICE ONLY     NOT FILED          .00            .00
MRSI                       UNSECURED         618.00           .00            .00
WELLS FARGO                NOTICE ONLY     NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         602.79           .00            .00
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY      1,430.00                      1,430.00
TOM VAUGHN                 TRUSTEE                                          311.60
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01797 EMMA REED
```

```
-------------------------------------------------------------------------------
TRUSTEE                                      4,516.00

PRIORITY                                                             .00
SECURED                                                         2,774.40
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,430.00
TRUSTEE COMPENSATION                                              311.60
DEBTOR REFUND                                                        .00
                                        ---------------    ---------------
TOTALS                                       4,516.00           4,516.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/25/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 01797 EMMA REED